Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | NO. | CR 006-5506 RBL |
| v. ) | | |
| ) | STIPULATION AND ORDER | |
| CABELLO, et al., ) | CONTINUING MOTIONS | |
| ) | DEADLINE | |
| ) | | |
| Defendants. ) | | |
| ) | | |

## *STIPULATION*

The plaintiff, United States of America, through its counsel, Assistant United States Attorney, Matthew Thomas, and defendant, Justin Emerson by and through his attorney, Lee Covell, hereby stipulate that the deadline for presentation of motions in the above-entitled cause shall be continued two weeks from Sept. 29, 2006 until October 13, 2006.  This is a multiple defendant case and the government was only able to commence distributing discovery to defendants yesterday, Sept. 28th.  Defendant Cabello, who is represented by Pete Mazzone, has not appeared in this case and a warrant is outstanding.  Counsel left a message with Mr. Marsden's attorney, Stephan Illa, yesterday regarding continuing the motions deadline and Mr. Illa has not responded as of the preparation of this stipulation.  There does not appear to be any prejudice to either defendant Cabello or defendant Marsden by continuing this deadline.

s/_____

STIPULATION AND ORDER TO
CONTINUE PRETRIAL MOTIONS DATE

1

Law Offices of Lee Covell
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644

1  Matthew Thomas
   Assistant United States Attorney
2  *(By telephonic permission)*

3  s/ _____
   Lee Covell
4  Attorney for Justin Emerson

## ORDER

The above-referenced parties herein, having stipulated to the continuation of the motions deadline and this court being fully advised in the premises, it is now, therefore, ORDERED, ADJUDGED AND DECREED that the motions deadline is hereby continued from September 29, 2006 until October 13, 2006.

IT IS SO ORDERED this 29th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)

s/ _____
Matthew Thomas
Assistant United States Attorney
*(By telephonic permission)*

s/ _____
Lee Covell
Attorney for Justin Emerson

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on Sept. 29 th, 2006 in Seattle, Washington.

STIPULATION AND ORDER TO
CONTINUE PRETRIAL MOTIONS DATE

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644

2

1
                    s/
                  Lee Covell

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO
CONTINUE PRETRIAL MOTIONS DATE

3

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644