# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. CR06-5506RBL** |
| **Plaintiff,** | |
| **v.** | **ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |
| **JUSTIN N EMERSON,** | |
| **Defendants.** | |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

The plaintiff appears through Assistant United States Attorney, Kent Liu.

The defendant appears personally and represented by counsel, Lee Covell.

The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision by: 1) failing to obtain an evaluation for substance abuse as directed on September 28, 2006: 2) failing to report for a urinalysis on October 6 and 10, 2006; and 3) failing to report as directed on October 11, 2006.  The defendant has been advised of the allegations.  The defendant has been advised of his right to a hearing and the maximum consequences if found to have been in violation. The defendant freely and voluntarily admitted the alleged violations # 2 & #3.  The Court has dismissed violation #1.

NOW THEREFORE, the Court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the defendant's bond be revoked and the defendant be detained, to be delivered as ordered by the Court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

November 9, 2006.

\_\_s/ Karen L. Strombom_____
Karen L. Strombom, U.S. Magistrate Judge

ORDER
Page - 1