HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN N. EMERSON,

    Defendant.

Case No.  CR06-5506 RBL

THIS MATTER comes on upon the parties agreed motion for release pending sentencing.

Having considered the entirety of the records and file herein, and having heard the argument of the parties, it is hereby

ORDERED that the defendant is released pending sentencing upon the same terms and conditions as previously set in the personal recognizance bond entered by Magistrate Judge J. Kelley Arnold on September 8, 2006.

IT IS SO ORDERED this 13th day of December, 2006

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1